IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MARSHALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-477-WKW |
| | )                [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge that the court deny Petitioner's nominal Rule 60(b)(6) motion for lack of jurisdiction because it constitutes a successive 28 U.S.C. § 2255 motion filed without the required appellate court authorization. (Doc. # 62.) Petitioner filed a timely objection to the Recommendation. (Doc. # 63.) Based upon a *de novo* review of the Recommendation, *see* 28 U.S.C. § 636, the court finds that the Recommendation is due to be adopted and that the objection lacks merit.

Accordingly, it is ORDERED as follows:

(1)    Petitioner's objection (Doc. # 63) is OVERRULED;

(2)    The Recommendation (Doc. # 62) is ADOPTED; and

(3)    Petitioner's nominal Rule 60(b)(6) motion (Doc. # 61) is DISMISSED for lack of jurisdiction.

Final judgment will be entered separately.

DONE this 8th day of June, 2022.

/s/ W. Keith Watkins  
UNITED STATES DISTRICT JUDGE